UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YITZCHOK SHTEIERMAN,

                    Plaintiff,

        -against-

QATAR AIRWAYS GROUP Q.C.S.C.,

                    Defendant.

25cv8043 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the November 25, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    November 26, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge